IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; ADA COUNTY FISH AND GAME LEAGUE; and IDAHO BIRDHUNTERS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GLEN SECRIST, District Manager, BLM Lower Snake River District; and BUREAU OF LAND MANAGEMENT,<br><br>　　　　　　Defendants. | Case No. CV-04-167-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for attorney fees and costs (Docket No. 21) is GRANTED, and plaintiffs shall have $21,006.94 in fees and costs from defendants.

DATED: **March 31, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**